IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VERGIE KING, | : | |
| Plaintiff, | : | |
| vs. | : | Civil No. 12-0312-CG-C |
| CLARKE COUNTY, ALABAMA, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 27, 2012 (Doc. 17) is **ADOPTED** as the opinion of this Court.

The defendant's motion to dismiss (Doc. 6) is hereby **GRANTED IN PART** and **DENIED IN PART**.   Therefore, Count I of the complaint and that portion of Count II of the complaint that attempts to raise race discrimination/retaliation claims under Title VII are hereby **DISMISSED**.

The defendant is **ORDERED** to file its answer to the remaining counts in the complaint **no later than November 6, 2012.**

**DONE and ORDERED** this 24th day of October, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE